29-33 Convent Avenue Housing Development Fund Corporation, Petitioner-Landlord-Respondent, 
against
Simona Bost, Respondent-Tenant-Appellant.



Tenant appeals from an order of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), dated January 6, 2016, which granted landlord's motion for issuance of a warrant of eviction in a holdover summary proceeding. The appeal purportedly brings up for review a final judgment (same court and Judge), entered August 11, 2015, after a nonjury trial, which awarded possession to landlord.




Per Curiam.
Appeal from order (Sabrina B. Kraus, J.), entered on or about January 6, 2016, dismissed as abandoned.
Tenant-appellant's appeal from the January 6, 2016 order directing issuance of the warrant of eviction is deemed abandoned, because tenant failed to address any issue concerning the order in her appellate brief (see Hardwick v Auriemma, 116 AD3d 465, 468 [2014], lv denied 23 NY3d 908 [2014]).
Tenant's arguments with respect to the possessory judgment rendered after trial in favor of landlord are not properly before this court, since tenant did not file a notice of appeal from the final judgment (see CPLR 5501). We find no merit to tenant's claim that this Court may review the unappealed final judgment on this appeal from the subsequent January 6, 2016 order directing issuance of the warrant of eviction (see Town of Coeymans v Malphrus, 252 AD2d 874, 875 [1998]; Shah v State of New York, 212 AD2d 876, 877 [1995]; CPLR 5501[a][1]). Were we to address the merits, we would affirm.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: December 22, 2017